# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the cause. My business address is 4667 MacArthur Blvd., Suite 150, Newport Beach, CA 92660.

On 11/26/18 I served the true copies of the foregoing document described as:

**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AS TO DEFENDANT KNK REALTY LLC**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND REQUEST TO AFFIX FEES AS TO DEFENDANT KNK REALTY LLC**

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT**

**EXHIBIT 1- DECLARATION OF JOSEPH R. MANNING JR. IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT**

**EXHIBIT 2- DECLARATION OF CARMEN JOHN PERRI IN SUPPORT OF PLAINTIFFS REQUEST FOR A DEFAULT JUDGMENT**

**EXHIBIT 3- PHOTOS**

**EXHIBIT 4- PUBLIC RECORDS**

**EXHIBIT 5- BILLING STATEMENT**

**PROPOSED JUDGMENT RE: DEFAULT JUDGMENT**

on the interested parties in this action, addressed as follows, **Served by US Postal Service**

KNK REALTY, LLC, a California limited liability company
Dong Woo Kim- agent for service
500 S Lake St., RM 414
Los Angeles, CA 90057

[X] By United States Postal Service: The documents were mailed as set forth above by U.S. Mail and placed in sealed, addressed envelopes on the above date and deposited into a U.S. Postal Service Mail box on the date set forth above, with postage thereon fully prepaid at Newport Beach, California.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this affidavit was executed on November 26, 2018.

Linda Sanchez